## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 232 MAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| STEVEN A. VONEIDA | : | |
| | : | |
| | : | |
| PETITION OF: KENNETH VONEIDA | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.